BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE:   **APRIL 5, 2016**

*TIME IN COURT:   30 minutes*

CIVIL CAUSE FOR PRE MOTION CONFERENCE

**CASE:   CALIXTO -v- CITY OF NEW YORK**
**DOCKET NUMBER: CV 15-6676 (RJD)**

COUNSEL FOR PLAINTIFF:  BRETT KLEIN

COUNSEL FOR DEFENDANTS:  SUSAN SCHARFSTEIN

COURTREPORTER:  *ANTHONY FRISOLONE*

X   CASE CALLED PRE MOTION CONFERENCE.
    DISCUSSION HELD.
    COUNSEL AGREE ON FOLLOWING BRIEFING SCHEDULE FOR
    DEFENDANTS' ANTICIPATED MOTION TO DISMISS:
    MOTION DUE:          5/2/16
    OPPOSITION DUE:      6/3/16
    REPLY DUE:           6/20/16
    IF APPROPRIATE, ORAL ARGUMENT WILL BE SCHEDULED WHEN MOTION
    IS FULLY BRIEFED.  COUNSEL ARE DIRECTED TO FOLLOW THE
    INDIVIDUAL MOTION PRACTICES OF THIS COURT.